1  ANOUSH HAKIMI (State Bar No. 228858)
   anoush@handslawgroup.com
2  PETER SHAHRIARI (State Bar No. 237074)
   peter@handslawgroup.com
3  **H&S LAW GROUP, PLC**
   7080 Hollywood Blvd., Suite 804
4  Los Angeles, CA 90028

5  Telephone: (323) 672 - 8281
   Facsimile: (213) 402 - 2170
6

7  Attorneys for Plaintiff,
   **SHAMAR JACKSON**

8

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA

11 | Anthony Smith,                              | Case No.: 2:20-cv-01879-JAK-PLA
12 |                                             |
13 |            Plaintiff,                       |
   |       v.                                    | **JOINT STIPULATION FOR**
14 | 3000 West Manchester, LLC, a                | **DISMISSAL WITH PREJUDICE OF**
   | California Limited Liability Company;       | **ALL DEFENDANTS**
15 | and Does 1-10,                              |
16 |            Defendants.                      |
17 |                                             |
18 |                                             | [Fed. R. Civ. P. Rule 41(a)(2)]
19
20

21

22     IT IS HEREBY STIPULATED by and between the Plaintiff Anthony Smith

23 on the one hand, and Defendants 3000 West Manchester, LLC, on the other hand,

24 by themselves and/or through their respective attorneys of record that, pursuant to

25 Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a

26 dismissal with prejudice of Defendants 3000 West Manchester, LLC, from

27 Plaintiff's Complaint, Case Number 2:20-cv-01879-JAK-PLA. The parties herein

28 reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: August 17, 2020            **H&S LAW GROUP, PLC**

By: /s/Anoush Hakimi
    Anoush Hakimi, Esq.
    Attorneys for Plaintiff, Anthony Smith

Dated: August 17, 2020            **RYU LAW FIRM**

By: /s/Francis Ryu
    Francis Ryu, Esq.
    Attorneys for Defendant, 3000 West Manchester, LLC,

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS