JS-6

FILED
CLERK, U.S. DISTRICT COURT
8/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Smith,<br><br>           Plaintiff,<br><br>      v.<br><br>3000 West Manchester, LLC, a California Limited Liability Company; and Does 1-10,<br><br>           Defendants. | Case No.: 2:20-cv-01879-JAK-PLA<br><br>*Hon. John A. Kronstadt*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE (DKT. 25)**<br><br>Action Filed: February 26, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Anthony Smith's ("Plaintiff") action against Defendant 3000 West Manchester, LLC, ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 18, 2020

_____
John A. Kronstadt
United States District Judge